## WATERLOO MIN. CO. v. DOE.

(Circuit Court of Appeals, Ninth Circuit. February 28, 1895.)

### No. 144.

Appeal from the Circuit Court of the United States for the Southern District of California.

A. H. Rickets, for appellant.

R. E. Houghton, for appellee.

Dismissed, pursuant to stipulation of counsel.

## WILLIAMS v. SNYDER.

(Circuit Court of Appeals, Ninth Circuit. July 15, 1895.)

### No. 241.

Appeal from the Circuit Court of the United States for the District of Idaho.

W. W. Woods, for appellant.

C. W. Beale, for appellee.

Dismissed, pursuant to stipulation of counsel.

## YEE LUNG v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. May 23, 1894.)

### No. 177.

Appeal from the District Court of the United States for the Northern District of California.

T. D. Riordan, L. I. Mowry, and H. C. Dibble, for appellant.

Charles A. Garter, U. S. Atty.

No opinion. Submission of appeal vacated, and judgment of dismissal entered by consent.